**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jared C. Jenkins**
**Angie M. Jenkins**
**fka Angie M. Kisko**
   Debtor(s)

Bankruptcy Case No.: 11–27252–JAD
Doc. No. 99
Chapter: 13
Docket No.: 101 – 99

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this 30th day of March, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/21/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/3/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/21/17.**

                                         Jeffery A. Deller
                                         United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-27252-JAD
Jared C. Jenkins                                                        Chapter 13
Angie M. Jenkins
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch               Page 1 of 3              Date Rcvd: Mar 30, 2017
                              Form ID: 408             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
```
db/jdb         +Jared C. Jenkins,   Angie M. Jenkins,   29 Pennsylvania Avenue,   California, PA 15419-1220
cr             +BANK OF AMERICA, N.A.,   2380 Performance Dr,   Richardson, TX 75082-4333
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13297459       +AES/PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
13283320       +AES/PHEAA,   PO BOX 8183,   HARRISBURG, PA 17105-8183
13261678        AES/PHEAA-Keystone,   1200 N 7th Street,   Harrisburg, PA 17102-1419
13242876       +Bank of America,   P.O. Box 5170,   Simi Valley, CA 93062-5170
13261680       +Bank of America,   450 American Street,   Simi Valley, CA 93065-6285
13282453       +Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13261682        Capital One Credit Card,   P.O. Box 71083,   Charlotte, NC 28272-1083
13261684       +Central Credit Control,   916 S. 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
13344715        CitiFinancial, Inc.,   P.O. Box 70919,   Charlotte, NC 28272-0919
13362205        ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13312030       +Equitable Gas Company,   c/o Donna Treemarchi,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13351434       +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
13261686       +Household Bank,   PO Box 17051,   Baltimore, MD 21297-1051
13256832       +Kay Jewelers,   PO Box 1799,   Akron, OH 44309-1799
13261694       +PSECU,   Financial Services,   1 Credit Union Place,   P.O. Box 60708,
                 Harrisburg, PA 17106-0708
14253445       +U.S Bank National Association, as Successor,   Nationstar Mortgage,   PO Box 619096,
                 Dallas, TX 75261-9096
13378332        US Dept of Education,   PO Box 65128,   St. Paul, MN 55165
13261697        WFFNB/Lane Bryant,   P.O. Box 659728,   San Antonio, TX 78265-9728
13442199       +Washington County Tax Claim Bureau,   100 W Beau St-Ste 205,   Washington PA 15301-4483
13261696        West Virginia State Tax Division,   P.O. Box 766,   Charleston, WV 25323-0766
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2017 01:09:31
                 Capital One Auto Finance Department,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2017 01:09:51
                 Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:20
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:32
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13261681        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 31 2017 01:09:56      Capital One Auto,
                 3905 Dallas Parkway,   Plano, TX 75093-7892
13268443       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2017 01:09:30
                 Capital One Auto Finance,   c/o Ascension Capital Gr,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13249712        E-mail/Text: mrdiscen@discover.com Mar 31 2017 01:19:49      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13261685        E-mail/Text: mrdiscen@discover.com Mar 31 2017 01:19:49      Discover Financial Services,
                 P.O. Box 6103,   Carol Stream, IL 60197-6103
13324212        E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:31      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13292889        E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:52      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13261687       +E-mail/Text: cio.bncmail@irs.gov Mar 31 2017 01:19:54      Internal Revenue Service,
                 PO Box 2116,   Philadelphia, PA 19103-0116
13261688       +E-mail/Text: ebnsterling@weltman.com Mar 31 2017 01:20:00     Kay’s Jewelers,   375 Ghent Road,
                 Fairlawn, OH 44333-4600
13242877       +E-mail/Text: Diane@mvrlaw.com Mar 31 2017 01:19:50     Martha E. Von Rosenstiel, P.C.,
                 649 South Ave, Suite 6,   Clifton Heights, PA 19018-3541
13537166        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:36      Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
13261690       +E-mail/Text: egssupportservices@egscorp.com Mar 31 2017 01:20:36      NCO Financial,
                 P.O. Box 15391,   Wilmington, DE 19850-5391
13283191       +E-mail/Text: bncmail@w-legal.com Mar 31 2017 01:20:34     OAK HARBOR CAPITAL III, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13297038       +E-mail/Text: bncmail@w-legal.com Mar 31 2017 01:20:37     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13242878        E-mail/PDF: cbp@onemainfinancial.com Mar 31 2017 01:09:12     One Main Financial,
                 P.O. Box 183172,   Columbus, OH 43218-3172
```

```
District/off: 0315-2          User: msch                 Page 2 of 3            Date Rcvd: Mar 30, 2017
                              Form ID: 408               Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13261692        E-mail/PDF: cbp@onemainfinancial.com Mar 31 2017 01:09:31      One Main Financial,
                 300 Saint Paul Place,    Baltimore, MD 21202-2120
13324201        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 01:18:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13625153       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 01:18:21
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13261693        E-mail/Text: bankruptcynotices@psecu.com Mar 31 2017 01:20:48       PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
13293984        E-mail/Text: bnc-quantum@quantum3group.com Mar 31 2017 01:20:04
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13527344        E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:32
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13261695        E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 01:09:26      Walmart/GECRB,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR
cr              U.S. Bank National Association as Successor Truste
cr              U.S. Bank, National Association, as Successor
cr              US Bank National Association et al ...
cr*            +AES/PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
13261679*      +Bank of America,    P.O. Box 5170,   Simi Valley, CA 93062-5170
13261683*      +Capital One Credit Card,    PO Box 71083,   Charlotte, NC 28272-1083
13261689*      +Martha E. Von Rosenstiel, P.C.,    649 South Ave, Suite 6,    Clifton Heights, PA 19018-3541
13537791*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13537792*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13688493*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13261691*       One Main Financial,    P.O. Box 183172,   Columbus, OH 43218-3172
                                                                                    TOTALS: 4, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
```
              Christopher M. Frye    on behalf of Joint Debtor Angie M. Jenkins chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Plaintiff Jared C. Jenkins chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Debtor Jared C. Jenkins chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Plaintiff Angie M. Jenkins chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
```

```
District/off: 0315-2          User: msch                Page 3 of 3            Date Rcvd: Mar 30, 2017
                              Form ID: 408              Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James Warmbrodt    on behalf of Creditor    US Bank National Association et al ... bkgroup@kmllawgroup.com
      Marisa Myers Cohen    on behalf of Creditor    U.S. Bank National Association as Successor Trustee to mcohen@mwc-law.com
      Nelson Diaz    on behalf of Defendant    Citifinancial ndiaz@milsteadlaw.com, bkecf@milsteadlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Ryan A. Gower    on behalf of Defendant    Citifinancial rgower@duanemorris.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                         TOTAL: 11