**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JARED C. JENKINS<br>ANGIE M. JENKINS<br>           Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>           Movant<br>          vs.<br>No Repondents. | Case No.:11-27252 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| March 28, 2017 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2011 and confirmed on 2/7/12. The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 132,820.70 |
| Less Refunds to Debtor | 2,000.69 | |
| TOTAL AMOUNT OF PLAN FUND | | 130,820.01 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,250.00 | |
|    Trustee Fee | 4,619.86 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,869.86 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KAY JEWELERS | 125.54 | 125.54 | 0.00 | 125.54 |
|     Acct: 8039 | | | | |
|   WEST VIRGINIA DEPT TAX REVENUE | 340.86 | 340.86 | 22.57 | 363.43 |
|     Acct: XXXXXXXXXX5130 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREAU | 461.81 | 461.81 | 94.64 | 556.45 |
|     Acct: 0700 | | | | |
|   CAPITAL ONE AUTO FINANCE | 11,100.27 | 11,100.27 | 1,491.06 | 12,591.33 |
|     Acct: XXX3293 | | | | |
|   PA STATE EMPLOYEES CU | 1,321.32 | 1,321.32 | 39.75 | 1,361.07 |
|     Acct: 5130 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 62,224.33 | 0.00 | 62,224.33 |
|     Acct: 7209 | | | | |
|   US BANK NA - TRUSTEE | 37,050.05 | 37,050.05 | 0.00 | 37,050.05 |
|     Acct: 7209 | | | | |
| | | | | 114,272.20 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JARED C. JENKINS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JARED C. JENKINS | 2,000.69 | 2,000.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-16 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,236.36 | 1,236.36 | 0.00 | 1,236.36 |
|     Acct: 5630 | | | | |
|   WEST VIRGINIA DEPT TAX REVENUE | 1,104.51 | 1,104.51 | 0.00 | 1,104.51 |
|     Acct: XXXXX5630 | | | | |
| | | | | 2,340.87 |

11-27252 JAD                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| CITIFINANCIAL (RE*) | 15,045.58 | 0.00 | 0.00 | 0.00 |
| Acct: 2421 | | | | |
| ECMC(*) | 13,518.09 | 1,450.09 | 0.00 | 1,450.09 |
| Acct: 5130 | | | | |
| OAK HARBOR CAPITAL III LLC | 385.97 | 41.40 | 0.00 | 41.40 |
| Acct: 2528 | | | | |
| OAK HARBOR CAPITAL IV LLC | 1,833.29 | 196.66 | 0.00 | 196.66 |
| Acct: 7975 | | | | |
| CENTRAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 1,290.47 | 138.43 | 0.00 | 138.43 |
| Acct: 0621 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 374.33 | 40.15 | 0.00 | 40.15 |
| Acct: 3481 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6795 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,219.97 | 130.86 | 0.00 | 130.86 |
| Acct: 7168 | | | | |
| QUANTUM3 GROUP LLC AGNT - WFNNB | 95.79 | 10.28 | 0.00 | 10.28 |
| Acct: 7789 | | | | |
| EQUITABLE GAS CO (*) | 306.87 | 32.92 | 0.00 | 32.92 |
| Acct: 9125 | | | | |
| WEST VIRGINIA DEPT TAX REVENUE | 384.22 | 41.22 | 0.00 | 41.22 |
| Acct: XXXXXXXXXX5130 | | | | |
| INTERNAL REVENUE SERVICE* | 2,159.15 | 231.61 | 0.00 | 231.61 |
| Acct: 5630 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 789.13 | 84.65 | 0.00 | 84.65 |
| Acct: 6453 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 203.74 | 21.85 | 0.00 | 21.85 |
| Acct: 3068 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 1,030.48 | 110.54 | 0.00 | 110.54 |
| Acct: 0991 | | | | |
| US DEPARTMENT OF EDUCATION** | 26,162.18 | 2,806.42 | 0.00 | 2,806.42 |
| Acct: 5630 | | | | |
| MARGARET GAIRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,337.08 |

TOTAL PAID TO CREDITORS                                                                              121,950.15

TOTAL
CLAIMED           2,340.87
PRIORITY         50,399.85
SECURED          64,799.26

Date: 03/28/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JARED C. JENKINS<br>    ANGIE M. JENKINS<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>No Repondents. | Case No.:11-27252 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 11-27252-JAD
Jared C. Jenkins                                                    Chapter 13
Angie M. Jenkins
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: msch                   Page 1 of 3                   Date Rcvd: Mar 30, 2017
                               Form ID: pdf900              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db/jdb         +Jared C. Jenkins,    Angie M. Jenkins,    29 Pennsylvania Avenue,    California, PA 15419-1220
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
13297459       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13283320       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13261678        AES/PHEAA-Keystone,    1200 N 7th Street,    Harrisburg, PA 17102-1419
13242876       +Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13261680       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13282453       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13261682        Capital One Credit Card,    P.O. Box 71083,    Charlotte, NC 28272-1083
13261684       +Central Credit Control,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13344715        CitiFinancial, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
13362205        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13312030       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13351434       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13261686       +Household Bank,    PO Box 17051,    Baltimore, MD 21297-1051
13256832       +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
13261694       +PSECU,    Financial Services,    1 Credit Union Place,    P.O. Box 60708,
                 Harrisburg, PA 17106-0708
14253445       +U.S Bank National Association, as Successor,    Nationstar Mortgage,    PO Box 619096,
                 Dallas, TX 75261-9096
13378332        US Dept of Education,    PO Box 65128,    St. Paul, MN 55165
13261697        WFFNB/Lane Bryant,    P.O. Box 659728,    San Antonio, TX 78265-9728
13442199       +Washington County Tax Claim Bureau,    100 W Beau St-Ste 205,    Washington PA 15301-4483
13261696        West Virginia State Tax Division,    P.O. Box 766,    Charleston, WV 25323-0766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2017 01:09:30
                 Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2017 01:09:30
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:58
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX   77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:53
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13261681        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 31 2017 01:09:56      Capital One Auto,
                 3905 Dallas Parkway,    Plano, TX 75093-7892
13268443       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2017 01:09:32
                 Capital One Auto Finance,    c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13249712        E-mail/Text: mrdiscen@discover.com Mar 31 2017 01:19:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13261685        E-mail/Text: mrdiscen@discover.com Mar 31 2017 01:19:49      Discover Financial Services,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
13324212        E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:32      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13292889        E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:52      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13261687       +E-mail/Text: cio.bncmail@irs.gov Mar 31 2017 01:19:57      Internal Revenue Service,
                 PO Box 2116,    Philadelphia, PA 19103-0116
13261688       +E-mail/Text: ebnsterling@weltman.com Mar 31 2017 01:20:00      Kay's Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
13242877       +E-mail/Text: Diane@mvrlaw.com Mar 31 2017 01:19:50      Martha E. Von Rosenstiel, P.C.,
                 649 South Ave, Suite 6,    Clifton Heights, PA 19018-3541
13537166        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:20      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13261690       +E-mail/Text: egssupportservices@egscorp.com Mar 31 2017 01:20:37      NCO Financial,
                 P.O. Box 15391,    Wilmington, DE 19850-5391
13283191       +E-mail/Text: bncmail@w-legal.com Mar 31 2017 01:20:34      OAK HARBOR CAPITAL III, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13297038       +E-mail/Text: bncmail@w-legal.com Mar 31 2017 01:20:37      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13242878        E-mail/PDF: cbp@onemainfinancial.com Mar 31 2017 01:09:29      One Main Financial,
                 P.O. Box 183172,    Columbus, OH 43218-3172
```

```
District/off: 0315-2           User: msch                  Page 2 of 3                   Date Rcvd: Mar 30, 2017
                               Form ID: pdf900             Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13261692       E-mail/PDF: cbp@onemainfinancial.com Mar 31 2017 01:09:29      One Main Financial,
                 300 Saint Paul Place,    Baltimore, MD 21202-2120
13324201       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 01:27:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13625153      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 01:18:37
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13261693       E-mail/Text: bankruptcynotices@psecu.com Mar 31 2017 01:20:48       PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
13293984       E-mail/Text: bnc-quantum@quantum3group.com Mar 31 2017 01:20:05
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13527344       E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:52
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13261695       E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 01:09:27      Walmart/GECRB,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                             TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR
cr             U.S. Bank National Association as Successor Truste
cr             U.S. Bank, National Association, as Successor
cr             US Bank National Association et al ...
cr*           +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13261679*     +Bank of America,   P.O. Box 5170,    Simi Valley, CA 93062-5170
13261683*     +Capital One Credit Card,   PO Box 71083,    Charlotte, NC 28272-1083
13261689*     +Martha E. Von Rosenstiel, P.C.,    649 South Ave, Suite 6,    Clifton Heights, PA 19018-3541
13537791*      Midland Funding LLC,   by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13537792*      Midland Funding LLC,   by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13688493*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13261691*      One Main Financial,   P.O. Box 183172,    Columbus, OH 43218-3172
                                                                                  TOTALS: 4, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
         Christopher M. Frye    on behalf of Joint Debtor Angie M. Jenkins chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com
         Christopher M. Frye    on behalf of Plaintiff Jared C. Jenkins chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com
         Christopher M. Frye    on behalf of Debtor Jared C. Jenkins chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com
         Christopher M. Frye    on behalf of Plaintiff Angie M. Jenkins chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com
```

```
District/off: 0315-2           User: msch                 Page 3 of 3                  Date Rcvd: Mar 30, 2017
                               Form ID: pdf900            Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marisa Myers Cohen    on behalf of Creditor    U.S. Bank National Association as Successor Trustee to mcohen@mwc-law.com
        Nelson  Diaz    on behalf of Defendant    Citifinancial ndiaz@milsteadlaw.com, bkecf@milsteadlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Ryan A. Gower    on behalf of Defendant    Citifinancial rgower@duanemorris.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

        TOTAL: 10